

**Cindy Schmitt Minniti**
Direct Phone:  +1 212 549 0327
Email:  cminniti@reedsmith.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/2/2020

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

May 29, 2020

**VIA ECF**

Hon. Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

> The initial pretrial conference currently scheduled for June 5, 2020 is hereby adjourned to July 24, 2020 at 3 p.m.  A joint letter and proposed case management plan shall be filed no later than 7 days before the scheduled conference.  *See* Dkt. No. 5
> SO ORDERED.
> /s/ Alison J. Nathan  6/2/2020

Re:   *Royce Bevel v. Dairyland USA Corporation*
       20-cv-00803

Your Honor:

We represent Defendant Dairyland USA Corporation ("Dairyland") in the subject action. We are writing, jointly with Plaintiff, to respectfully request that the parties' initial conference scheduled for June 5, 2020 be adjourned to one of the following alternate Friday afternoon dates: (i) July 10, 2020; (ii) July 17, 2020; or (iii) July 24, 2020.  Relatedly, we also respectfully request a corresponding adjournment of the deadline for the parties to submit their Proposed Civil Case Management Plan and Scheduling Order and Joint Letter, which are currently due on May 29, 2020, to a date 7 days before the rescheduled initial conference.  The parties are currently engaged in settlement discussions and the proposed adjournment will enable the parties to devote and focus their efforts and resources on continued settlement discussions.  This is parties' first request for such an adjournment.

The parties appreciate Your Honor's consideration of the within request.

Respectfully submitted,

*/s/ Cindy Schmitt Minniti*

Cindy Schmitt Minniti

cc:   All parties of record (via ECF)