Case 1:20-cv-00803-AJN   Document 14   Filed 07/15/20   Page

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
Royce Bevel, individually and on behalf of all others :
similarly situated, :
: 20-cv-803 (AJN)
Plaintiff, :
: ORDER
-v- :
:
DairyLand USA Corporation, :
:
Defendants. :
:
---------------------------------------------------------------------X

ALISON J. NATHAN, United States District Judge:

      In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person.  Counsel should submit their proposed case management plan and joint letter seven days prior to the scheduled conference, as directed in the Court's Notice of Initial Pretrial Conference.  **In their joint letter, the parties should also indicate whether they can do without a conference altogether.**  If so, the Court may enter a case management plan and scheduling order and the parties need not appear.  If not, the Court will hold the initial pretrial conference by telephone, albeit perhaps at a different time than the currently scheduled time.  To that end, counsel should indicate in their joint letter all times on the date of the scheduled conference that they would be available for a telephone conference.  In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

      SO ORDERED.

Dated: July 15, 2020
      New York, New York
                                           ALISON J. NATHAN
                                           United States District Judge